IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NIMROD B.H. TAYLOR,

           Petitioner,

    v.

CHRISTOPHER RANDALL and MS. SUNDQUIST,

           Respondents.

Case No. 3:23-cv-01039-AN

JUDGMENT

NELSON, District Judge.

Because Petitioner has lacked an accurate address for more than 60 days, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice, pursuant to Local Rule 83-12. Pending motions, if any, are DENIED AS MOOT. Due to the procedural nature of this dismissal, the Court declines to issue a Certificate of Appealability.

1/30/2024
DATE

Adrienne Nelson
United States District Judge

1 - JUDGMENT